UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG


UNITED STATES OF AMERICA,


v.                                                    CRIMINAL CASE NO.   1:12CR56-05


TINA BELCASTRO,

      Defendant.


NOTICE OF APPEAL

      Notice is hereby given that Defendant Tina Belcastro appeals to the United States Court

of Appeal for the Fourth Circuit from the Judgment in a Criminal Case, which was entered in this

action on October 31, 2012.


Dated this 13th day of November, 2012.


                                     TINA BELCASTRO,

                                     Defendant


      /s/ Charles T. Berry [WVSB #7273]
      Attorney at Law
      Post Office Box 5023
      Fairmont, West Virginia  26554
      (304) 363-3564
      cberrylaw@hotmail.com


1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG


UNITED STATES OF AMERICA,


v.                                                    CRIMINAL CASE NO.   1:12CR56-5


TINA BELCASTRO,

    Defendant.


CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing "Notice of Appeal" was served

upon the United States by filing the same with the Clerk utilizing the CM/ECF system which

should distribute copies to all counsel of record.


Dated this 13th day of November, 2012.


                             _/s/ Charles T. Berry_____